# United States District Court — Violation Notice

CVB Location Code: **EV-17**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7625831 | Oatley | 344 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 09/20/2020  11:55 | 18 U.S.C. 795 |

Place of Offense: Bloxon St, Ft. Myer, VA 22211

Offense Description: Factual Basis for Charge — Unauthorized photography of military installation

HAZMAT ☐

**DEFENDANT INFORMATION**

Last Name: VAZZANO
First Name: BRIAN
MI: A

[Street Address and vehicle information redacted]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

December 7, 2020

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**

Court Address: U.S. District Court, 401 Court House Square, Alexandria, VA 22314
Date: 12/07/2020
Time: 09:00

X Defendant Signature: [signed]

(Rev. 09/2015) — Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on **20 SEPT**, 20 **20** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

While conducting my duties as patrol N I received a call from dispatch of 2 individuals taking photos of base perimeters and assets. The individuals were located behind 224 on Bloxen Street. Detective on scene made contact and informed me he had taken photos of the base of a sensitive nature. This violated 18 USC 795. Multiple photos were found on phone by JBM-HH Detective of soldiers living quarters, access control points, motorpools, soldier parking lots, and perimeter fenceline. All information on the face of this notion is incorporated herein.

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/20/20  [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident